438 A.2d 641

Commonwealth v. Irvin, Appellant.

Petition for Allowance of Appeal Denied Feb. 25, 1982.

Argued December 2, 1980.

Michael Borish, for appellant; Michele A. Goldfarb, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgments of sentence of the lower court are hereby affirmed.